| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | River Oaks Nursing & Rehabilitation LTC Partners Inc.<br>Name | EIN: | 84–2614749 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: | 7    11/4/24 |
| Case number: | 24–35195 | | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | River Oaks Nursing & Rehabilitation LTC Partners Inc. | |
| 2. **All other names used in the last 8 years** | aka River Oaks Nursing & Rehab, aka River Oaks Nursing & Rehabilitation | |
| 3. **Address** | 8505 Technology Forest<br>Suite 1004<br>The Woodlands, TX 77381<br>UNITED STATES | |
| 4. **Debtor's attorney**<br>Name and address | Kyung Shik Lee<br>Shannon and Lee LLP<br>2100 Travis St.<br>Ste 1525<br>Houston, TX 77002 | Contact phone 713–714–5770<br><br>Email:  klee@shannonleellp.com |
| 5. **Bankruptcy trustee**<br>Name and address | Allison D Byman<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581 | Contact phone 281–884–9269<br><br>Email:  adb@bymanlaw.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 11/19/24 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 19, 2024 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Meeting ID 392 013 6221, and Passcode 5794046120, OR call 1 346 489 7064**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have | |

| **Creditors with a foreign address** | any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **1**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-35195-jpn
River Oaks Nursing & Rehabilitation LTC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Nov 19, 2024      Form ID: 309C      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | River Oaks Nursing & Rehabilitation LTC Partners I, 8505 Technology Forest, Suite 1004, The Woodlands, TX 77381, UNITED STATES 77381-1186 |
| 12806006 | + | Apple Maintenance Company, 8004 Odell Street, North Richland Hills, TX 76182-3542 |
| 12806007 | + | B&B Remodeling, LLC, Bobby G. Borchgardt, PO Box 65, Shiro, TX 77876-0065 |
| 12806008 | + | Best & Spruill, P.C., 6805 N. Capital of TX Hwy #330, Austin, TX 78731-1791 |
| 12806009 | + | For The Record LLC, 405 N. Jefferson, Springfield, MO 65806-1110 |
| 12806010 | + | Gulf Coast LTC Partners, Inc, 8505 Technology Forest Drive, Suite 1004, The Woodlands, TX 77381-1186 |
| 12806011 | + | Illustratus, Uhlig LLC, 8455 Lenexa Dr., Overland Park, KS 66214-1550 |
| 12806012 | + | Konica Minolta Premier Finance, P.O. Box 856941, Minneapolis, MN 55485-6941 |
| 12806013 | + | Maelene S. Beauhall, CPA, 26 Doe Run Drive, The Woodlands, TX 77380-1409 |
| 12806014 | + | Manage Meds, LLC, 29924 Network Place, Chicago, IL 60673-1299 |
| 12806015 | + | Medline Industries, LP, Dept 1080, PO Box 121080, Dallas, TX 75312-1080 |
| 12806016 | + | MobilexUSA, PO Box 825822, Philadelphia, PA 19182-5822 |
| 12806017 | + | Morrow Willnauer Church, LLC, 8330 Ward Parkway, Suite 300, Kansas City, MO 64114-2045 |
| 12806018 | + | New Schryver LLC, PO Box 676352, Dallas, TX 75267-6352 |
| 12806019 | + | Non Emergency Transport Inc., PO Box 940, Fort Worth, TX 76101-0940 |
| 12806020 | + | Nursa Inc., Dept 2310, PO Box 122310, Dallas, TX 75312-2310 |
| 12806021 | + | PharMerica, PO Box 409251, Atlanta, GA 30384-9251 |
| 12806022 | #+ | Plumeria Care Transports, Wajdi Khdaish, 7404 Gairlock Dr., Fort Worth, TX 76179-4818 |
| 12806025 | + | Questcare Medical Services PLLC, 7032 Collection Center Drive, Chicago, IL 60693-0001 |
| 12806027 | + | ShiftMed, LLC, PO Box 124004, Dallas, TX 75312-4004 |
| 12806026 | + | Shiftkey LLC, PO Box 735913, Dallas, TX 75373-5913 |
| 12806028 | + | Shred-It, 28883 Network Place, Chicago, IL 60673-1288 |
| 12806029 | + | Staff Source, PO Box 622019, Dallas, TX 75262-2019 |
| 12806030 | + | Staples Business Credit, PO Box 105638, Atlanta, GA 30348-5638 |
| 12806031 | + | TemPay LLC, Nurse Hustle Recruitment, PO Box 789087, Philadelphia, PA 19178-9087 |
| 12806032 | + | VCC Janitorial Supply, 2565 E Texas, PO Box 5878, Bossier City, LA 71171-5878 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: klee@shannonleellp.com | Nov 19 2024 20:20:00 | Kyung Shik Lee, Shannon and Lee LLP, 2100 Travis St., Ste 1525, Houston, TX 77002 |
| tr | + | Email/Text: adb@bymanlaw.com | Nov 19 2024 20:22:00 | Allison D Byman, Byman & Associates PLLC, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Nov 19 2024 20:22:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12806023 | ^ | MEBN | Nov 19 2024 20:15:30 | PointClickCare Technologies, Inc, PO Box 674802, Detroit, MI 48267-4802 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 309C | Total Noticed: 31 |

12806024 ^ MEBN

Nov 19 2024 20:15:22  Quatro Tax LLC, 3909 Hulen Street, Suite 100, Fort Worth, TX 76107-7225

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com |
| Kyung Shik Lee | on behalf of Debtor River Oaks Nursing & Rehabilitation LTC Partners Inc. klee@shannonleellp.com<br>Courtnotices@kasowitz.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3